UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN J. CASTRO,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-27-Orl-18DAB

INTERAMERICAS FOOD and BEVERAGES,
INC., ALFONSO CORNEJO and CONSULEO
CORNEJO,

    Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants Interamericas Food and Beverages, Inc., Alfonso Cornejo and Consuelo Cornejo (Doc. No. 11). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED**

1. That the report and recommendation of the magistrate judge filed on August 28, 2008 is hereby **ADOPTED** and **CONFIRMED** and made part of this Order.

2. That the Clerk of the Court enter Judgment in Plaintiff's favor against Defendants Interamericas Food and Beverages, Inc., Alfonso Cornejo and Consuleo Cornejo in the amount of $1,534.33 in damages, $1,824.00 in attorney's fees, and $436.25 in costs.

3. The Clerk of the Court shall close this case.

It is **SO ORDERED** in Orlando, Florida, this 16 day of September, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record